

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00273-CV

**IN THE INTEREST OF M.G.C.**, a Child

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-00323
Honorable Janet P. Littlejohn, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against appellant.

SIGNED October 29, 2014.

_____
Rebeca C. Martinez, Justice